THE STATE OF SOUTH CAROLINA

 THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 
 The State, Respondent,
 v.
 Steve Russell Jamerson, Appellant.
 
 
 
 
 
 Appeal From Cherokee County
 J. Derham Cole, Circuit Court Judge
 
 Unpublished Opinion No. 2005-UP-148
 Submitted March 1, 2005  Filed March 3, 2005
 
 APPEAL DISMISSED
 
 
 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 
 
 
 PER CURIAM:  Steve Russell Jamerson was convicted of attempted burglary in the third degree.  He was sentenced to four years.  Jamersons appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Jamerson did not file a pro se response with the Court.
 After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 ANDERSON, BEATTY, and SHORT, JJ., concur.

 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.